# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-CR-0037-LRH (RAM) |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| SEAN DONOHOE LINDSEY, | ) | |
| Defendant(s) | ) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of June 12, 2013, SEAN DONOHOE LINDSEY's three-year term of supervised release imposed on March 17, 2005, is hereby reduced by one year, for a two-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program with distinction.

Dated: June 12, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE